STATE OF WEST VIRGINIA

COUNTY OF MONONGALIA, TO-WIT:

FILED
JUN 1 3 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

I, Donna Hidock, Clerk of the Circuit Court of Monongalia County, State aforesaid, hereby certify that the foregoing are copies of the original papers filed and a complete record of the proceedings had in the within action

**AJA GREGG,**

    **Plaintiff,**

vs.                                            **Civil Action No. 24-C-147**

**AUTOZONE PARTS, INC. and
ADAM LEE SEALEY,**

    **Defendants.**

lately pending in said Circuit Court.

Given under my hand and the seal of said Circuit Court on this 10th Day of June, 2024.

_____
Donna Hidock, Circuit Clerk of
Monongalia County, WV

| CASE#: | 24-C-147 | | Sub Code: | | Date Opened: | 05/06/2024 |
|---|---|---|---|---|---|---|
| JUDGE: | CINDY S. SCOTT | | | | Date Printed: | 06/10/2024 |

VS

**Plaintiff:** AJA GREGG

**Defendant:** AUTOZONE PARTS

Pro Attorney: DINO S. COLOMBO

Def Attorney:

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|---|---|---|---|---|---|---|
| 1 | 05/06/2024 | Complaint Filed | | 200.00 | 200.00 | .00 |
| 2 | 05/06/2024 | Additional Clerks Fees | | 20.00 | 20.00 | .00 |
| 3 | 05/06/2024 | WVSP Lab | | 10.00 | 10.00 | .00 |
| 4 | 05/06/2024 | Process issued on Adam Sealey - CM | | 20.00 | 20.00 | .00 |
| 5 | 05/06/2024 | Process issued on Autozone Parts, Inc - SOS | | 5.00 | 5.00 | .00 |
| 6 | 05/08/2024 | CM for Adam Lee Sealey returned as RTS UTF | | .00 | .00 | .00 |
| 7 | 05/20/2024 | s/s accepted service for Def AutoZone 5/9/24 | | .00 | .00 | .00 |
| 8 | 06/10/2024 | Notice of Filing Notice of Removal | | .00 | .00 | .00 |
| 9 | 06/10/2024 | ***** REMOVED TO FEDERAL COURT ***** | | .00 | .00 | .00 |
| | | **Totals** | | **255.00** | **255.00** | **.00** |

A TRUE COPY
ATTEST _[signature]_ CLERK
MONONGALIA COUNTY CIRCUIT COURT

IN THE CIRCUIT COURT OF __MONONGALIA__ COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

| | |
|---|---|
| **Plaintiff(s)** | Case No. 24-C- 147 |
| AJA GREGG | Judge: |
| | Plantiff's Phone: (304) 599-4229 |
| **vs.** | |
| **Defendant(s)** | Days to Answer: 30 |
| AUTOZONE PARTS, INC. | Type of Service: WV Secretary of State |
| Name: CT Corporation | |
| Street: 5098 Washington St. W, Ste 407 | Defendant's Phone: |
| City, State, Zip Code: Charleston, WV 25313-1561 | |

**II. TYPE OF CASE:**

- [x] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other: _____

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [x] Yes  [ ] No   CASE WILL BE READY FOR TRIAL BY (Month/Year): 04/2025

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[ ] Yes  [x] No

**IF YES, PLEASE SPECIFY:**
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

Attorney Name: Dino S. Colombo & Kala L. Sowers
Firm: Colombo Law
Address: 341 Chaplin Road 2nd Floor Morgantown, WV 26501
Telephone: (304) 599-4229

Representing:
- [x] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant
- [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff
- [ ] 3rd-Party Defendant

[ ] Proceeding Without an Attorney

FILED

Original and __4__ copies of complaint enclosed/attached.
Dated: 5/1/24   Signature: /s/ Kala
MAY 0 6 2024

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)   Revision Date: 4/2020

**Plaintiff:** AJA GREGG _____, et al    **Case Number:** _____
vs.
**Defendant:** AUTOZONE PARTS, INC. _____, et al

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

| | |
|---|---|
| ADAM LEE SEALEY | Defendant's Phone: unknown |
| Defendant's Name | |
| 1101 College Avenue | Days to Answer: 20 |
| Street Address | |
| Morgantown, WV 26508 | Type of Service: Certified Mail |
| City, State, Zip Code | |

| | |
|---|---|
| _____ | Defendant's Phone: _____ |
| Defendant's Name | |
| _____ | Days to Answer: _____ |
| Street Address | |
| _____ | Type of Service: _____ |
| City, State, Zip Code | |

(additional blank defendant entries repeated)

SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page        Revision Date: 4/2020

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINA

AJA GREGG,

    Plaintiff,

v.                                                      Civil Action No.: 24-C-147

AUTOZONE PARTS, INC. and
ADAM LEE SEALEY,

    Defendants.

## COMPLAINT

NOW COMES the Plaintiff, Aja Gregg, by counsel Dino S. Colombo and Kala L. Sowers, and brings this complaint against the Defendants, AutoZone Parts, Inc. and Adam Lee Sealey, and hereby states as follows:

## JURISDICTION AND VENUE

1. At all times relevant hereto, Plaintiff Aja Gregg was a resident of Morgantown, Monongalia County, West Virginia.

2. Upon information and belief, at all times relevant hereto, Defendant Adam Lee Sealey was a resident of Morgantown, Monongalia County, West Virginia.

3. Upon information and belief, at all times relevant hereto, Defendant AutoZone Parts, Inc. ("Defendant AutoZone") was a for-profit corporation engaged in the commercial sale of automotive parts and accessories, organized under Nevada state law, with its principal place of business at 123 South Front Street, Memphis, TN 38103, which engaged in the interstate sale of goods in various states, including the state of West Virginia.

4. The motor vehicle collision that gives rise to this civil action occurred on February 13, 2023, on Holland Avenue in Westover, Monongalia County, West Virginia.

1

5. Based on the foregoing, the Circuit Court of Monongalia County, West Virginia, has appropriate jurisdiction over this Civil Action.

## GENERAL ALLEGATIONS

6. The Plaintiff incorporates each and every assertion and allegation in paragraphs one (1) through five (5) above as though fully rewritten herein, and further alleges:

7. On February 13, 2023, at approximately 11:45 a.m., Aja Gregg was lawfully operating her 2022 Kia Seltos southbound on Holland Avenue in Westover, West Virginia.

8. On the same date and time, Defendant Adam Lee Sealey was operating a 2021 Chevrolet Colorado Pickup Truck owned by Defendant AutoZone.

9. Defendant Sealey was also traveling southbound on Holland Avenue in Westover, West Virginia when he negligently slammed into the rear of Plaintiff Aja Gregg's vehicle which had stopped due to a line of stopped traffic ahead of her at a red light.

10. As a direct and proximate result of the subject collision, Plaintiff Aja Gregg sustained physical injuries and incurred various other damages.

## COUNT I – NEGLIGENCE AND RECKLESSNESS AS TO DEFENDANT ADAM LEE SEALEY

11. The Plaintiff incorporates each and every assertion and allegation in paragraphs one (1) through ten (10) above as though fully rewritten herein, and the Plaintiff further alleges:

12. Defendant Adam Lee Sealey owed a duty to other drivers on the roadway, and specifically to Aja Gregg, to operate his vehicle in a reasonably safe manner, to maintain a sufficient distance between his vehicle and vehicles traveling ahead of him so as not to cause a collision, to ensure that he had a proper and valid drivers' license before operating a vehicle on the roadways in this state, and to abide by all federal, state, and local traffic laws.

13. Defendant Adam Lee Sealey breached his duties owed to Aja Gregg by failing to properly maintain control of his vehicle; by failing to keep a sufficient distance between his vehicle and the vehicle ahead of him thus causing a violent collision; by operating his vehicle in an erratic, reckless and careless manner; by driving a vehicle when he knew or should have known that his driver's license had been suspended; and by otherwise failing to adhere to applicable state and local traffic laws.

14. As a direct and proximate result of Defendant Adam Lee Sealeys' negligent and reckless conduct, Aja Gregg sustained personal injuries and other damages.

**COUNT II – VICARIOUS LIABILITY AGAINST AUTOZONE PARTS, INC.**

15. The Plaintiff incorporates each and every assertion and allegation in paragraphs one (1) through fourteen (14) above as though fully rewritten herein, and the Plaintiff further alleges:

16. Defendant AutoZone was the owner of the 2021 Chevrolet Colorado pickup truck being operated by Defendant Sealey at the time of the subject collision and as the owner, Defendant AutoZone retained the right of control over who it permitted to operate its vehicle.

17. At all relevant times, Defendant Sealey was an agent, servant, and/or employee of Defendant AutoZone.

18. The negligence and recklessness of Defendant Sealey as set forth in Count I above was committed within the course and scope of his employment and/or agency with Defendant AutoZone.

19. As employer or principal of Defendant Sealey, Defendant AutoZone is vicariously liable for the negligence and recklessness of Defendant Sealey and the damages proximately caused by his actions or inactions.

### COUNT III – DIRECT NEGLIGENCE AGAINST DEFENDANT AUTOZONE PARTS, INC.

20. The Plaintiff incorporates each and every assertion and allegation in paragraphs one (1) through nineteen (19) above as though fully rewritten herein, and the Plaintiff further alleges:

21. Defendant AutoZone had a duty to conduct a reasonable investigation into the driving history of any employee which it permitted to operate one of its vehicles, and specifically had a duty to ensure that any employee who would operate one of its vehicles had a proper and valid driver's license.

22. Defendant AutoZone breached its duty to conduct a reasonable investigation into the driving history of its employee, Defendant Sealey, by permitting him to operate a vehicle owned by AutoZone when Defendant AutoZone knew, or should have known, that Defendant Sealey's driver's license had been suspended.

23. Because of Defendant AutoZone's breach of this duty, Defendant Sealey was permitted to operate AutoZone's 2021 Chevrolet Colorado on the date of the subject collision, when his driver's license had been suspended, and he predictably and foreseeably caused the subject collision.

24. As a direct and proximate result of Defendant AutoZone's negligence, Plaintiff Aja Gregg sustained personal injuries and other damages.

**WHEREFORE**, Plaintiff, Aja Gregg, demands judgment against Defendant AutoZone Parts, Inc., and Defendant Adam Lee Sealey, jointly and severally, for all compensatory damages recoverable under West Virginia law, including but not limited to:

a. Past physical and emotional pain and suffering;

b. Past mental anguish, emotional distress, annoyance, and inconvenience;

c. Past medical expenses;

d. Lost wages;

e. Past Loss of Enjoyment of Life; and

f. Punitive damages.

Additionally, the Plaintiff seeks damages for any and all other relief to which Plaintiff is entitled by law, including but not limited to, pre- and post-judgment interest on all amounts, attorneys' fees, any other damages in an amount to be determined by the Jury upon proper proof presented at trial, and for such other relief as this Court deems proper.

**A TRIAL BY JURY IS DEMANDED ON ALL ISSUES.**

                        **AJA GREGG,**
                        **Plaintiff,**
                        **By Counsel,**

*/s/ Kala Sowers*

**Dino S. Colombo (WV Bar No. 5066)**
**Kala L. Sowers (WV Bar No. 11350)**
Colombo Law
341 Chaplin Road, 2nd Floor
Morgantown, WV 26501
(304) 599-4229



# SUMMONS

IN THE CIRCUIT COURT OF MONONGALIA

**AJA GREGG**

                                 **Plaintiff(s),**

VS

**AUTOZONE PARTS, INC.**
5098 Washington St. W, Ste 407
Charleston, WV 25313-1561

And

**ADAM LEE SEALEY**
1101 College Ave.
Morgantown, WV 26508

ZJF
24-C-147



                                 **Defendant(s).**

**TO THE ABOVE NAMED DEFENDANT(S):**

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Dino Colombo** Plaintiff's Attorney, whose address **341 Chaplin Road, 2ⁿᵈ Floor, Morgantown WV 26501** any answer, you may have to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **20 days** after service of this summons upon you, exclusive of the date of service.
      If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have.

**Date:  May 6ᵗʰ, 2024**

                                                              **Donna Hidock, Clerk of the Circuit Court**

FOR RETURN

Donna Hidock, Clerk
Circuit Court of Monongalia County
75 High St.
Suite 12
Morgantown, WV 26505



9414 7266 9904 2218 3870 84

**RETURN RECEIPT REQUESTED**

-R-1-3-   20505-RF5-1N   ^94 05/01/24

```
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER
```



ADAM LEE SEALEY
1101 COLLEGE AVE
MORGANTOWN, WV 26505

RESTRICTED DELIVERY
RETURN RECEIPT REQUESTED

FILED MAY 08 2024 Donna Hidock, Clerk

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

MONONGALIA CO CIRCUIT COURT
75 HIGH STREET
SUITE 12
Morgantown, WV 26505-5427

**Control Number:** 324037

**Defendant:** AUTOZONE PARTS, INC.
5098 WEST WASHINGTON STREET
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System
**County:** Monongalia
**Civil Action:** 24-C-147
**Certified Number:** 92148901125134100003950350
**Service Date:** 5/9/2024

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

FILED

MAY 20 2024

Donna Hidock, Clerk



# SUMMONS

### IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**AJA GREGG**

                                **Plaintiff(s),**        Civil Action: 24-C-147

**VS**

**AUTOZONE PARTS, INC.**
**5098 Washington St. W, Ste 407**
**Charleston, WV 25313-1561**

And

**ADAM LEE SEALEY**
**1101 College Ave.**
**Morgantown, WV 26508**



                                  **Defendant(s).**

**TO THE ABOVE NAMED DEFENDANT(S):**

    IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Dino Colombo** Plaintiff's Attorney, whose address **341 Chaplin Road, 2nd Floor, Morgantown WV 26501** any answer, you may have to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within **30 days** after service of this summons upon you, exclusive of the date of service.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have.

**Date: May 6th, 2024**

                                                                  *Donna Hidock/37*
                                                    **Donna Hidock, Clerk of the Circuit Court**

**FOR RETURN**

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

AJA GREGG,

      **Plaintiff,**

v.                                            CIVIL ACTION NO. 24-C-147
                                                  Honorable Cindy S. Scott, Judge

AUTOZONE PARTS, INC. and
ADAM LEE SEALEY

      **Defendants.**

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from the Circuit Court of Monongalia County, West Virginia, to the United States District Court for the Northern District of West Virginia, a copy of which is attached hereto as Exhibit A, was duly filed in the Office of the Clerk of the United States District Court for the Northern District of West Virginia on June 7, 2024.

                                                AUTOZONE PARTS, INC.,

                                                By Counsel

                                                */s/ Arie M. Spitz*
                                                Arie M. Spitz (WVSB # 10867)
                                                Jordan "Jo" McMinn (WVSB # 14084)
                                                DINSMORE & SHOHL LLP
                                                1300 Virginia Street, East, Suite 1300
                                                Charleston, West Virginia 25339-1887
                                                Telephone: (304) 357-0900
                                                Facsimile: (304) 357-0919
                                                arie.spitz@dinsmore.com
                                                jordan.mcminn@dinsmore.com

                                                *Counsel for Defendant AutoZone Parts, Inc.*

                                                                     JUN 1 0 2024

                                                           Donna Hidock, Clerk

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

AJA GREGG,

      Plaintiff,

v.                                                       CIVIL ACTION NO. 24-C-147
                                                    Honorable Cindy S. Scott, Judge

AUTOZONE PARTS, INC. and
ADAM LEE SEALEY

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing **Notice of Filing Notice of Removal** was filed with the Clerk of the Court and served on the following counsel via U.S. Mail this 7th day of June 2024:

                              Dino S. Colombo
                              Kala L. Sowers
                              Colombo Law
                        341 Chaplin Road, Suite 200
                           Morgantown, WV 26501
                             *Counsel for Plaintiff*

                          */s/ Arie M. Spitz*
                          Arie M. Spitz (WVSB # 10867)