IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**AJA GREGG,**

   **Plaintiff,**

v.

**AUTOZONE PARTS, INC.** and
**ADAM LEE SEALEY,**

   **Defendants.**

Civil Action No. 1:24-CV-57
(Kleeh)

## AGREED DISMISSAL ORDER

NOW COME the parties, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and advise the Court that a settlement has been reached in the above-referenced matter and all parties jointly move the Court to dismiss this matter with prejudice. Upon mature consideration and hearing no objection thereto, the Court hereby ORDERS that the above-captioned civil action shall be DISMISSED WITH PREJUDICE with each party to bear their own costs.

The Clerk shall enter this Agreed Dismissal Order and remove this matter from the docket of the Court.

**ENTER:** March 31, 2025

_Tom S Kleeh_
**Hon. Thomas S. Kleeh**
**United States District Judge**

Approved By:


*/s/ Kala L. Sowers*
Dino S. Colombo (WV Bar No. 5066)
Kala L. Sowers (WV Bar No. 11350)
Colombo Law
341 Chaplin Road, 2nd Floor
Morgantown, WV 26501
p. (304) 599-4229
f. (304) 599-3861
dinoc@colombolaw.com
kalas@colombolaw.com
*Counsel for the Plaintiffs*



*/s/ Jordan McMinn (with permission by KLS)*
Arie M. Spitz (WV Bar No. 10867)
Jordan "Jo" McMinn (WVSB No. 14084)
Dinsmore & Shohl LLP
1300 Virginia Street East, Suite 1300
Charleston, WV 25339
p. (304) 357-0900
f. (304) 357-0919
arie.spitz@dinsmore.com
Jordan.mcminn@dinsmore.com
*Counsel for Defendants*